

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WAYNE WRIGHT, INDIVIDUALLY, | § | |
| AND WAYNE WRIGHT, LLP, D/B/A | | No. 08-14-00303-CV |
| WAYNE WRIGHT INJURY LAWYERS, | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 243rd Judicial District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ERIKA V. HERNANDEZ, | § | |
| | | (TC# 2014DCV1123) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellants' motion to compel arbitration. We therefore reverse the trial court's order denying Appellants' motion to compel arbitration and remand this matter to the trial court for entry of an order compelling arbitration. We further order that Appellants recover from Appellee all appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JULY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.